CITY OF EAST ORANGE, PLAINTIFF-RESPONDENT, v. DWIGHT R. G. PALMER, COMMISSIONER, *ETC.*, *ET ALS.*, DEFENDANTS-PETITIONERS.

*Mr. Arthur J. Sills, Mr. Alan B. Handler, Mr. David A. Biederman, Messrs. Pindar, McElroy, Connell & Foley* and *Miss Sonia Napolitano* for the petitioners.

*Mr. Jack Okin* and *Mr. Norman E. Scull* for the respondents.

February 13, 1968. Granted.

ARMANDO MOLINARO, INDIVIDUALLY, *ETC.*, PLAINTIFF-PETITIONER, v. LEE BERTHA Mc INTYRE, *ET AL.*, DEFENDANTS AND FRANK G. SCHAFER, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Beckerman & Franzblau* for the petititioner.

*Messrs. Braff, Litvak & Ertag* for the respondents.

February 13, 1968. Denied.

JULES J. FALCONE, PLAINTIFF-RESPONDENT, v. NEW JERSEY BELL TELEPHONE COMPANY, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 98 *N. J. Super.* 138.

*Messrs. Gebhardt & Kiefer* and *Mr. Richard Dieterly* for the petitioners.

*Mr. Augustus S. Goetz* and *Mr. John Gilbert* for the respondent.

February 13, 1968. Denied.